| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>John Du Wors, State Bar No. 233913<br>Newman Du Wors LLP<br>1201 Third Avenue<br>Suite 1600<br>Seattle, WA 98101<br>(206) 274-2800 | FILED<br><br>13 MAY 10 PM 3: 13<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES |
|---|---|
| ATTORNEY(S) FOR: Plaintiff | BY: |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BELLY FAT FREE LLC, a Delaware Limited Liability Company,<br><br>Plaintiff(s)<br>v.<br>BILL SILVERSTEIN, an individual,<br><br>Defendant(s) | CASE NUMBER:<br>CV13-03383 - PA(PJWx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff Belly Fat Free LLLC _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Belly Fat Free LLC | Plaintiff |
| Bill Silverstein | Defendant |

May 10, 2013
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Belly Fat Free LLC